UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jacob Alexander Woods, | Case No. 2:25-cv-01041-ART-BNW |
| Plaintiff | **ORDER** |
| v. | |
| Miykel, et al., | |
| Defendants | |

Pro se plaintiff Jacob Woods brings this civil-rights lawsuit to redress constitutional violations that he allegedly suffered while incarcerated at Southern Desert Correctional Center. Plaintiff is no longer at the address listed with the Court and has been transferred to High Desert State Prison. (*See* ECF No. 6). Plaintiff has not filed his updated address with the Court. Plaintiff is reminded that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." LR IA 3-1. This rule includes when the party is moved to a new institution or released from custody. (*See* ECF No. 2 at 1). The party's "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

## I.      CONCLUSION

It is therefore ordered that Plaintiff has **until June 11, 2026**, to file a written notice of his current address. This action will be subject to dismissal without prejudice if Plaintiff fails to comply with this order.

The Clerk of Court is directed to send a courtesy copy of the Minutes of Proceedings (ECF No. 5) to High Desert State Prison for Plaintiff Jacob Woods.

DATED: May 12, 2026

UNITED STATES MAGISTRATE JUDGE